## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Daniel Zaehringer, depose and make this affidavit in support of a complaint alleging a violation of Title 21, United States Code, Section 856, from about July 1, 2020 through about February 22, 2024, by XISEN GUO, of Passadumkeag, Maine; Augusta, Maine; and Brooklyn, New York.

I am a Special Agent with the U.S. Department of Homeland Security ("DHS"), Homeland Security Investigations ("HSI"), assigned to the Office of the Resident Agent in Charge in Bangor, Maine. I have been employed by HSI since January 2010. Before that time, I served as a U.S. Customs and Border Protection Officer and a U.S. Border Patrol Agent. As an HSI Special Agent, I am authorized to investigate violations of the laws of the United States, and I have been involved with numerous criminal investigations involving violations of federal law, including those involving controlled substances and related financial crimes.

I am familiar with the facts and circumstances of this matter concerning XISEN GUO, who is presently a target of a federal criminal investigation. I have first-hand knowledge of this matter, and have also reviewed reports and documentation, observed scene photographs, and had conversations with federal law enforcement personnel and other local law enforcement officers in regard to the offense referred to herein.

## BACKGROUND OF INVESTIGATION AND PROBABLE CAUSE

1. Federal law enforcement agencies, including HSI, are investigating a drug-involved premises located at Passadumkeag, 549 Main Road, believed to have been operated by XISEN GUO in violation of 21 U.S.C. § 856(a).

2. I have reviewed electrical usage and billing data for Passadumkeag, 549 Main Road, provided by Versant Power ("Versant"). Versant's records show that XISEN

1

GUO became the account holder of three separate accounts for the property in February 2020, and that he remains so.

3. The following usage and billing data was shown for XISEN GUO's account with Versant number XXXX-7:

| Month & Year | Power Usage (kWh) | Billed Amount (USD) |
|---|---|---|
| March 2020 | 1516 | 258.31 |
| April 2020 | 1,362 | 232.07 |
| May 2020 | 819 | 139.55 |
| June 2020 | 952 | 162.2 |
| July 2020 | 5,111 | 893.87 |
| August 2020 | 6,859 | 1,211.69 |
| September 2020 | 7,165 | 1,179.7 |
| October 2020 | 7,102 | 1,135.21 |
| November 2020 | 6,327 | 1,011.33 |
| December 2020 | 9,289 | 1,484.8 |
| January 2021 | 8,682 | 1,450.83 |
| February 2021 | 8,127 | 1,380.22 |
| March 2021 | 7,125 | 1,210.03 |
| April 2021 | 7,689 | 1,305.82 |
| May 2021 | 7,674 | 1,303.27 |
| June 2021 | 8,384 | 1,423.86 |
| July 2021 | 7,790 | 1,336.63 |
| August 2021 | 7,654 | 1,318.78 |
| September 2021 | 7,010 | 1,207.83 |
| October 2021 | 6,551 | 1,128.74 |
| November 2021 | 7,065 | 1,266.14 |
| December 2021 | 8,390 | 1,539.05 |
| January 2022 | 9,907 | 2,204.02 |
| February 2022 | 8,119 | 1,944.02 |
| March 2022 | 7,699 | 1,843.45 |
| April 2022 | 7,122 | 1,705.29 |
| May 2022 | 8,957 | 2,144.67 |
| June 2022 | 5,736 | 1,373.43 |
| July 2022 | 4,853 | 1,127.28 |
| August 2022 | 5,768 | 1,324.1 |
| September 2022 | 6,747 | 1548.84 |
| October 2022 | 6,459 | 1,482.73 |
| November 2022 | 6,371 | 1,462.53 |
| December 2022 | 5,533 | 1,798.83 |
| January 2023 | 10,322 | 2,741.58 |
| February 2023 | 9,588 | 2,676.21 |

| Month & Year | Power Usage | Billed Amount |
|---|---|---|
| March 2023 | 8,426 | 2,351.87 |
| April 2023 | 8,950 | 2,498.12 |
| May 2023 | 6,712 | 1,873.46 |
| June 2023 | 7,383 | 2,060.75 |
| July 2023 | 6,769 | 2,044.25 |
| August 2023 | 6,468 | 1,958.77 |
| September 2023 | 5,631 | 1,705.29 |
| October 2023 | 6,589 | 1,995.41 |
| November 2023 | 6,709 | 2,031.76 |
| December 2023 | 2,355 | 713.18 |
| January 2024 | 1,337 | 376.69 |

4.  The following usage and billing data was shown for XISEN GUO's account with Versant number XXXX-1 (Garage):

| Month & Year | Power Usage (kWh) | Billed Amount (USD) |
|---|---|---|
| March 2020 | 176 | 39.22 |
| April 2020 | 180 | 42.93 |
| May 2020 | 155 | 39.13 |
| June 2020 | 2,836 | 447.38 |
| July 2020 | 8,291 | 1,299.02 |
| August 2020 | 11,753 | 1,846.58 |
| September 2020 | 9,543 | 1,417.71 |
| October 2020 | 10,733 | 1,555.02 |
| November 2020 | 10,868 | 1,574.44 |
| December 2020 | 11,690 | 1,692.66 |
| January 2021 | 10,814 | 1,610.18 |
| February 2021 | 10,695 | 1,608.75 |
| March 2021 | 10,285 | 1,547.68 |
| April 2021 | 9,705 | 1,461.28 |
| May 2021 | 9,704 | 1,461.12 |
| June 2021 | 10,976 | 1,650.62 |
| July 2021 | 11,019 | 1,672.36 |
| August 2021 | 10,821 | 1,648.75 |
| September 2021 | 10,581 | 1,612.52 |
| October 2021 | 8,350 | 1,275.8 |
| November 2021 | 7,678 | 1,212.18 |
| December 2021 | 9,344 | 1,499.36 |
| January 2022 | 10,820 | 2,155.49 |
| February 2022 | 8,977 | 1,943.72 |
| March 2022 | 9,301 | 2,013.22 |
| April 2022 | 10,210 | 2,208.19 |
| May 2022 | 10,284 | 2,224.07 |
| June 2022 | 9,648 | 2,087.65 |

| | | |
|---|---|---|
| July 2022 | 9,711 | 2,031.69 |
| August 2022 | 9,408 | 1,943.23 |
| September 2022 | 10,448 | 2,156.01 |
| October 2022 | 10,157 | 2,096.46 |
| November 2022 | 11,292 | 2,328.71 |
| December 2022 | 6,126 | 2,090.94 |
| January 2023 | 12,552 | 3,045.97 |
| February 2023 | 11,224 | 2,879.7 |
| March 2023 | 12,253 | 3,142.03 |
| April 2023 | 12,674 | 3,249.36 |
| May 2023 | 11,715 | 3,004.87 |
| June 2023 | 11,397 | 2,923.81 |
| July 2023 | 10,425 | 2,892.38 |
| August 2023 | 9,680 | 2,689.28 |
| September 2023 | 9,383 | 2,607.41 |
| October 2023 | 9,654 | 2,682.11 |
| November 2023 | 9,682 | 2,689.84 |
| December 2023 | 3,549 | 998.96 |
| January 2024 | 32 | 30.39 |

5. The following usage and billing data was shown for XISEN GUO's account with Versant number XXXX-2 (Garage #2):

| Month & Year | Power Usage (kWh) | Billed Amount (USD) |
|---|---|---|
| July 2020 | 13,757 | 2,145.15 |
| August 2020 | 11,722 | 1,841.76 |
| September 2020 | 7,237 | 1,078.14 |
| October 2020 | 10,330 | 1,497.06 |
| November 2020 | 10,898 | 1,578.76 |
| December 2020 | 13,090 | 1,894.05 |
| January 2021 | 12,724 | 1,892.05 |
| February 2021 | 11,620 | 1,746.57 |
| March 2021 | 11,005 | 1,654.95 |
| April 2021 | 12,055 | 1,811.37 |
| May 2021 | 11,519 | 1,731.51 |
| June 2021 | 12,442 | 1,869.02 |
| July 2021 | 12,673 | 1,920.5 |
| August 2021 | 12,307 | 1,873.03 |
| September 2021 | 12,002 | 1,826.99 |
| October 2021 | 11,408 | 1,737.35 |
| November 2021 | 11,428 | 1,795.81 |
| December 2021 | 13,318 | 2,129.28 |
| January 2022 | 12,793 | 2,545.2 |
| February 2022 | 11,481 | 2,480.8 |

4

| March 2022 | 10,543 | 2,279.62 |
| April 2022 | 10,965 | 2,370.13 |
| May 2022 | 12,032 | 2,599 |
| June 2022 | 12,047 | 2,602.21 |
| July 2022 | 10,767 | 2,250.63 |
| August 2022 | 11,225 | 2,314.99 |
| September 2022 | 10,956 | 2,259.96 |
| October 2022 | 11,303 | 2,330.96 |
| November 2022 | 11,711 | 2,414.44 |
| December 2022 | 8,105 | 2,693.52 |
| January 2023 | 11,960 | 2,903.16 |
| February 2023 | 11,902 | 3,052.54 |
| March 2023 | 10,945 | 2,808.57 |
| April 2023 | 12,804 | 3,282.5 |
| May 2023 | 10,298 | 2,643.63 |
| June 2023 | 12,059 | 3,092.57 |
| July 2023 | 9,150 | 2,541.09 |
| August 2023 | 8,989 | 2,498.78 |
| September 2023 | 8,816 | 2,451.07 |
| October 2023 | 8,705 | 2,420.48 |
| November 2023 | 8,400 | 2,336.39 |
| December 2023 | 2,659 | 753.6 |
| January 2024 | 242 | 83.31 |

6.   Internal call log records provided by Versant indicate that XISEN GUO was in communication with Versant throughout 2020 to set up and maintain these electrical accounts, assisted by interpretation services provided by an individual he identified as a nephew and another individual he identified as a daughter. The internal call logs document "Xisen" calling from a Maine telephone number ending in -0722.

7.   I know based on my training and experience that large amounts of electrical power are needed in support of indoor marijuana cultivation, due to the use of artificial lighting, heat pumps, distribution fans, air conditioners and humidifiers. The

5

electrical consumption for Passadumkeag, 549 Main Road, as detailed above, was consistent with large-scale illegal marijuana cultivation.[1]

8.  I have reviewed publicly available real property records concerning the acquisition and ownership of Passadumkeag, 549 Main Road. Provided below are photographs of Passadumkeag, 549 Main Road, available on the commonly used real estate website Redfin,[2] which accurately shows the current condition and proportions of the property:



---

[1] For comparison, according to the Energy Information Administration, the average U.S. household consumes about 10,500 kilowatthours of electricity per year (https://www.eia.gov/energyexplained/use-of-energy/electricity-use-in-homes.php), or roughly 875 kilowatthours per month.

[2] *See* https://www.redfin.com/ME/Passadumkeag/549-Main-Rd-04475/home/170229910. Redfin indicates that the property comprises a "[w]ell maintained split level located in Passadumkeag. 2 bedrooms on first level, open concept living & kitchen & mudroom off kitchen. Lower level has 2 mostly finished bedrooms, full bath with laundry, kitchen space and living area." *Id.*



9. The warranty deed for the property recorded with the Penobscot County Register of Deeds shows that on February 21, 2020, the real property located at Passadumkeag, 549 Main Road, was granted to GC 168 Realty LLC, a Maine limited liability company. Certified corporate records for GC 168 Realty LLC were obtained from the Maine Department of the Secretary of State. These corporate records show that GC 168 Realty LLC was formed on December 27, 2019, and that one of the entity's authorized persons is XISEN GUO. GC 168 Realty LLC's annual corporate filings for 2020, 2021, 2022, and 2023, each show that XISEN GUO remained an authorized person of the entity, and each list "real estate investment" as the character of GC 168 Realty LLC's business.

10. Business records were obtained from the seller's agent who represented the prior owner of Passadumkeag, 549 Main Road, in connection with the owner's sale to GC 168 Realty LLC. A February 7, 2020, copy of a Purchase and Sales Agreement provided by the seller's agent shows that the agreement was DocuSigned on behalf of GC

168 Realty LLC by "GUO." The seller's agent's records show that the closed sale price of Passadumkeag, 549 Main Road, was $115,000 cash.

11. Business records were also provided by the closing agent for the Passadumkeag, 549 Main Road, property. Such records indicate that GC 168 Realty LLC remitted a $110,000 check for the purchase of the property, as well as four U.S. Postal Service Money Orders totaling $4,733.77 and another $1,000 cash. Identification information maintained by the closing agent includes a copy of a Washington State driver's license for XISEN GUO. Also in the closing agent's files were a Limited Liability Company Agreement for GC 168 Realty LLC, dated December 17, 2019, signed by "Xisen Guo," along with a Certificate of Limited Liability Company Vote document dated February 21, 2020, signed "Xisen Guo," authorizing the purchase by GC 168 Realty LLC of the Passadumkeag, 549 Main Road, property.

12. I have additionally worked in collaboration with state and local law enforcement in connection with the federal investigation, including the Penobscot County Sheriff's Office ("PCSO").

13. Specifically, I have spoken with and reviewed the written reports of PCSO Detective Sergeant Dayerrick Ireland, and reference here Detective Sergeant Ireland's information and reports.

    a. On February 1, 2024, the PCSO received information from an anonymous complaint sent to the PCSO's tip line regarding an illegal marijuana grow at Passadumkeag, 549 Main Road.

    b. Also on February 1, 2024, Detective Sergeant Ireland received a video from a Confidential Source showing three males in hooded sweatshirts burning items in the backyard of Passadumkeag, 549 Main Road.

8

  c. PCSO personnel reviewed the Versant billing and usage data, detailed above, and additionally noted that residential properties in Maine typically have a 100-200 amp service, whereas Passadumkeag, 549 Main Road, was upgraded to a 400-amp service.

  d. On February 8, 2024, Detective Sergeant Ireland drove by the residence at Passadumkeag, 549 Main Road, with PCSO Detective Sergeant Nicholas Covell. Detective Sergeant Ireland noted that the windows of the residence and garage were covered in cardboard, similar to other residences that are engaged in illegal cultivation of marijuana. Detective Sergeant Covell walked on the public way in front of Passadumkeag, 549 Main Road, stopping in front of the property approximately 45-50 feet from the garage. While standing on the public way in front of the garage, Detective Sergeant Covell could smell marijuana. Based on Detective Sergeant Covell's training and experience, the smell of marijuana was consistent with more than a small number of plants.

  e. Also on February 8, 2024, Detective Sergeant Ireland and Detective Sergeant Covell observed a black Nissan Titan with a Maine License Plate number in the driveway of Passadumkeag, 549 Main Road. The Maine License Plate number was run through the Maine Bureau of Motor Vehicles database and showed the vehicle was registered to XISEN GUO and a second individual.

14. Certified copies of Maine Bureau of Motor Vehicles records were obtained for XISEN GUO, showing that he had been issued a Maine driver's license in July 2020. The Maine Bureau of Motor Vehicles records further showed that, in addition to the

Nissan Titan observed by PCSO personnel, XISEN GUO has registered to him three different Toyota Sienna minivans as well as a Toyota Tacoma.

15. On February 20, 2024, the PCSO secured a state search warrant for Passadumkeag, 549 Main Road. I participated in the execution of the search warrant by PCSO personnel on February 22, 2024, in a support capacity, along with an agent of the Federal Bureau of Investigation.

16. The PCSO's Special Response Team entered Passadumkeag, 549 Main Road, on February 22, 2024. There, they found XISEN GUO, along with two other individuals—XUJUN GUO and GUANSHI YUAN—all of three of whom were initially removed from the residence for it to be secured.

17. The residence comprised a raised split level ranch style home with a large garage and smaller outbuilding. XISEN GUO was encountered by PCSO personnel coming from the upstairs section of the residence. In that area of the residence, PSCO personnel noted a standard living space with a bedroom adjacent to a kitchen and open living area. XUJUN GUO and GUANSHI YUAN were located by PCSO personnel in the lower, basement-level area of the residence.

18. PCSO next cleared the garage, where PCSO personnel noted some large black trash bags and could smell the odor of marijuana. Detective Sergeant Covell, who participated in the search warrant execution, noted sophisticated lighting systems and unfinished wiring throughout the entire garage. Also encountered were chemical containers, large empty trays on raised beds, and various rooms which appeared to have been appointed in such a way as to maintain various stages of marijuana growth.

19. Detective Sergeant Ireland and I then accompanied XISEN GUO, XUJUN GUO, and GUANSHI YUAN back into the residence to collect their identifications and cell phones.

20. Both XUJUN GUO and GUANSHI YUAN led us downstairs to bedrooms in the basement of the residence, where each individual retrieved his respective belongings. No marijuana was found in either individual's bedroom.

21. XISEN GUO led us to a bedroom upstairs in the residence, which he indicated was his. I made available for XISEN GUO's use a remote Chinese translation service through my cellular device, which is a contracted HSI resource. Unless otherwise indicated, all statements made by XISEN GUO were as translated through the remote Chinese translation service.

22. Once in XISEN GUO's bedroom, Detective Sergeant Ireland instructed XISEN GUO to gather his coat, cell phone, and identification. XISEN GUO did as instructed. After putting on his coat, a pat down was performed, and U.S. currency totaling $4,000 was found on his person in one of his coat pockets. Three black trash bags were then found in XISEN GUO's bedroom. All three trash bags were filled with processed marijuana. An additional $710 was also found in XISEN GUO's bedroom. As detailed below, XISEN GUO admitted to the substance being marijuana.

23. XISEN GUO, along with XUJUN GUO and GUANSHI YUAN, were transported by PCSO personnel to the Enfield Department of Transportation facility for interviews. Prior to XISEN GUO being interviewed, I administered *Miranda*, and he provided a written waiver and agreed to speak with Detective Sergeant Ireland and me. XISEN GUO stated as follows, in sum and substance:

a. XISEN GUO lived at Passadumkeag, 549 Main Road, for a little over a year. Prior to that he had rented to someone he knew as "Mr. Tan."

b. XISEN GUO communicated with XUJUN GUO through a "WeChat" app on their cell phones. XISEN GUO met the older gentleman [GUANSHI YUAN] in a park in New York and brought him here.

c. XISEN GUO knew the marijuana was in his bedroom. He stated it belonged to "Mr. Tan" and he ["Mr. Tan"] had left it for rent, since he ["Mr. Tan"] had not paid rent, which was $2,000 a month. "Mr. Tan" let XISEN GUO take over the marijuana growing there. XISEN GUO stated he applied for a permit to grow marijuana at Passadumkeag, 549 Main Road. Notably, however, records provided by the Maine Office of Cannabis Policy show that no applications have been submitted by XISEN GUO or for Passadumkeag, 549 Main Road.

d. XISEN GUO explained that the money found on his person was from a Social Security pension. However, he could not explain why it was in the form of cash.

24. Although the PSCO's warrant already authorized the search of the content of any cell phones found at Passadumkeag, 549 Main Road, I nonetheless asked XISEN GUO whether he would provide his consent to the search of his cell phone, which Detective Sergeant Ireland had seized. XISEN GUO provided consent to search this cell phone, an Apple iPhone, and further confirmed the device was not password protected.

25. Detective Sergeant Ireland performed a preliminary review of photographs contained in the SUBJECT PHONE. His review showed the following, among other photographs:

    a. Processed marijuana, loose marijuana, marijuana in vacuum sealed packaging, and marijuana plants in various stages of growth, with time stamps showing dates in September and October 2023.

    b. The front and back of XISEN GUO's Chinese passport, showing a time stamp of August 14, 2022.

    c. A Spectrum Mobile envelope addressed to XISEN GUO at Passadumkeag, 549 Main Road, showing a time stamp of July 24, 2023.

26. PCSO personnel also photographed and documented various items at Passadumkeag, 549 Main Road. I have reviewed these photographs, and noted the following, among other items:

    a. Credit and debit cards issued by various financial institutions, including one issued to XISEN GUO by Bank of America, and those issued to XUJUN GUO by Citibank, TD Bank, and Apple.

    b. Handwritten notations found in a notebook in XISEN GUO's bedroom, which included drawings of grow rooms, addresses, and phone numbers.

    c. Numerous Versant power bills addressed to XISEN GUO at Passadumkeag, 549 Main Road. Several such bills included printed receipts from Paradis Shop 'N Save, of Brewer, Maine. Based on my review of these records, the receipts correspond to payments made via CheckFreePay to the Versant accounts for Passadumkeag, 549 Main Road. For example:

        i. A Paradis Shop 'N Save receipt dated November 3, 2023, shows a $56.10 payment made to Versant account number XXXX-2; records for Versant account number XXXX-2 show that $56.10 was credited

to the account on November 6, 2023 as a "Check Free Payment." This particular receipt was also located at Passadumkeag, 549 Main Road, with a copy of a Versant payment slip showing "Xisen Guo" handwritten as the customer name as having paid $56.10 in "cash" to Versant account number XXXX-2.

ii. A Paradis Shop 'N Save receipt dated November 1, 2023, shows a $2,497.50 payment made to Versant account number XXXX-2; records for Versant account number XXXX-2 show that $2,497.50 was credited to the account on November 2, 2023 as a "Check Free Payment."

d. Crescent Lumber & Building Supplies customer invoices for building materials dated May 14, 2020, March 23, 2020, March 17, 2020, March 11, 2020, and March 6, 2020, to "Jimmy" at Passadumkeag, 549 Main Road, identifying a Maine customer contact phone number ending in -0722, which is the same number listed in the Versant records for "Xisen."

e. Copies of bills from Spectrum Mobile to XISEN GUO at Passadumkeag, 549 Main Road, dated December 26, 2021, June 26, 2020, and May 26, 2020, April 26, 2020.

27. After concluding the interview of XISEN GUO, he was arrested for Title 17-A, Section 1103.1.a-c, Unlawful Trafficking in Schedule Drugs, Class B. XISEN GUO was transported to the Penobscot County Jail, where he was booked, and later released on cash bail.

28. The marijuana seized by the PCSO from XISEN GUO's bedroom at Passadumkeag, 549 Main Road, was later transported to and weighed at MDEA, and

found to have a gross weight of nearly forty (40) pounds. Each bag contained approximately thirteen (13) pounds of processed marijuana. The PCSO arranged for laboratory testing to be performed of three separate samples of the marijuana—one sample per trash bag—by Nova Analytic Labs of Portland, Maine. The samples showed THC (Tetrahydrocannabinol) levels of between 18.6 and 20.6 percent for the three samples.

29. The premises at 549 Main Road, in Passadumkeag, has been confirmed by the Maine Office of Cannabis Policy as lacking any licensed status under which marijuana could be legally cultivated under Maine law.

30. Based on the foregoing I submit that there is probable cause to believe that XISEN GUO has violated Title 21, United States Code, Section 856, for maintaining a drug-involved premises, and request that the Court issue the Complaint submitted herewith.

I, Daniel Zaehringer, hereby swear under oath that the information set forth in this affidavit is true and correct to the best of my knowledge, information, and belief, and that I make this oath under pains and penalties of perjury.

Dated at Bangor this 20th day of March, 2024.

Daniel Zaehringer
Special Agent
Homeland Security Investigations

Sworn to telephonically and signed electronically in accordance with the requirements of Rule 4.1 of the Federal Rules of Criminal Procedures

Date: Mar 20 2024

City and state: Bangor, Maine

Judge's signature

Lance Walker, Chief U.S. District Judge
Printed name and title